UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XINGJIA HUANG, PINGPING AN, and JINGYE HUANG,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOHN F. KELLY, in his official capacity as Secretary for the United States Department of Homeland Security; and JAMES MCCAMENT, in his official capacity as Director of USCIS,

Defendants.

No. 18 Civ. 3154 (PKC)

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, plaintiffs Xingjia Huang, Pingping An, and Jingye Huang ("plaintiffs") filed this action pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 701 *et seq.*, on April 10, 2018, seeking adjudication of Refugee Asylum Applications (Form I-730) for Pingping An and Jingye Huang;

WHEREAS, the applications have been approved;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October ___, 2018

CHO LEGAL GROUP LLC

By: _____
JAE H. CHO, ESQ.
100 Plainfield Avenue, Suite 8E
Edison, New Jersey 08817
Telephone: (732) 545-9600
Facsimile: (609) 613-5611
E-mail: Jae@ChoLegal.com
*Attorney for Plaintiffs*

Dated: New York, New York
       October 19, 2018

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
MICHAEL J. BYARS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____   10-22-18
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

The clerk is directed to terminate all motions and close the case.